## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **MARCIA BROUS, HELEN LOGIN, DIANA ROSENBERG, MYRIAM RODRIGUEZ, HELEN PILLION, JOAN MacPHEE, GLADYS RODRIGUEZ, LUCILLE GENCO, THERESA CASSIDY, and CLARE MORRISON,** | : <br> : <br> : Case No. 05-CV-1026 PAM/RLE <br> : <br> : <br> : <br> : |
| **Plaintiffs,** | : <br> : |
| vs. | : <br> : |
| **WYETH, d/b/a WYETH, INC. and WYETH PHARMACEUTICALS; PFIZER, INC.; BRISTOL-MYERS SQUIBB COMPANY; GREENSTONE LTD.; ABBOTT LABORATORIES; BARR LABORATORIES, INC.; SOLVAY PHARMACEUTICALS, INC.; PHARMACIA & UPJOHN COMPANY, LLC; and NOVARTIS PHARMACEUTICALS CORPORATION,** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| **Defendants.** | : |

### ORDER OF DISMISSAL OF DEFENDANT
### BARR LABORATORIES, INC. AS TO CERTAIN PLAINTIFFS

Pending is a Joint Motion for Dismissal of Defendant Barr Laboratories, Inc. as to plaintiffs Marcia Brous, Helen Login, Diana Rosenberg, Miriam Rodriguez, Helen Pillion, Joan MacPhee, Gladys Rodriguez, and Clare Morrison (Doc. No. 6).

For good cause shown and because this is a joint motion, the Joint Motion for Dismissal of Defendant Barr Laboratories, Inc. is GRANTED pursuant to the terms and conditions contained in the Joint Motion. Accordingly, defendant Barr Laboratories, Inc. is dismissed pursuant to the terms and conditions contained in the Joint Motion. The

claims of the non-moving plaintiffs, Lucille Genco and Theresa Cassidy, against Barr Laboratories, Inc. remain pending until further order of this Court.

IT IS ORDERED THIS  27th  day of  June  2005.

s/Paul A. Magnuson
UNITED STATES DISTRICT JUDGE