**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| MARCIA BROUS, HELEN LOGIN, DIANA ROSENBERG, MYRIAM RODRIGUEZ, HELEN PILLION, JOAN MacPHEE, GLADYS RODRIGUEZ, LUCILLE GENCO, THERESA CASSIDY, and CLARE MORRISON,<br><br>  Plaintiffs,<br><br>  v.<br><br>WYETH, d/b/a WYETH, INC. and WYETH PHARMACEUTICALS; and PFIZER INC.; BRISTOL-MYERS SQUIBB COMPANY; GREENSTONE LTD.; ABBOTT LABORATORIES; BARR LABORATORIES, INC.; SOLVAY PHARMACEUTICALS, INC.; PHARMACIA & UPJOHN COMPANY, LLC; and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>  Defendants. | Court File No. 05-1026<br>  (PAM/RLE) |

**ORDER OF DISMISSAL OF DEFENDANT ABBOTT LABORATORIES AS TO**
**PLAINTIFF MYRIAM RODRIGUEZ**

Pending is a Joint Motion for Dismissal of Defendant Abbott Laboratories as to Plaintiff MYRIAM RODRIGUEZ.

For good cause shown and because this is a joint motion, the Joint Motion for Dismissal of Defendant Abbott Laboratories is GRANTED pursuant to the terms and conditions contained in the Joint Motion. Accordingly, Defendant Abbott Laboratories is dismissed pursuant to the terms and conditions contained in the Joint Motion.

1

IT IS SO ORDERED this   13th   day of    January   , 2006.

                                    s/Paul A. Magnuson
                                    PAUL A. MAGNUSON
                                    UNITED STATES DISTRICT JUDGE